DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DURELL WILLIS SIMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-126

[March 8, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 06-000729-CF-AXMX.

Durell Willis Sims, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***